UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-11953-RWZ

RAYMOND P. VINNIE

v.

GARY RODEN, *et al.*


ORDER ON CERTIFICATE OF APPEALABILITY

August 25, 2011

ZOBEL, D.J.


This court on July 8, 2011, dismissed Raymond P. Vinnie's petition for a writ of

habeas corpus on the ground that it was his third petition and had not been authorized

by the Court of Appeals as required by 28 U.S.C. §2244(b).  On August 9, 2011, the

Court of Appeals ordered this court to issue or deny a certificate of appealability.

The certificate is denied as the statute is clear that this court lacked subject

matter jurisdiction in the absence of permission by the Court of Appeals to file this

"second or successive" petition.



     August 25, 2011                             /s/Rya W. Zobel
          DATE                                   RYA W. ZOBEL
                                        UNITED STATES DISTRICT JUDGE